PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Denise Baskerville      Cr.: 2:07 CR 831-01
PACTS #: 49829

Name of Sentencing Judicial Officer: Honorable Susan D. Wigenton, United States District Court Judge

Date of Original Sentence: March 20, 2008

Original Offense: Conspiracy to Submit Fraudulent Mortgage Applications

Original Sentence: 3 years Probation, No New Debt/Credit, Financial Disclosure, DNA Testing, $100 special assessment, and $169,782.18 restitution.

Type of Supervision: Probation     Date Supervision Commenced: March 20, 2008

## STATUS REPORT

U.S. Probation Officer Action:

On March 20, 2008, the offender was sentenced by your Honor to three years probation. The following special conditions were imposed: No New Debt/Credit, Financial Disclosure, and DNA Testing. She was also ordered to pay a $100 special assessment and $168,782.18 restitution.

Ms. Baskerville currently resides in Jersey City, NJ. She has been employed with Remax since March 01, 2008. We believe that Ms. Baskerville has paid the court-ordered restitution to the best of her financial ability. To date, she has paid $10,146.64 towards her obligation. It should be noted that should her term of supervision expire as scheduled, her case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Ms. Baskerville's term of supervision to expire as scheduled on March 19, 2011.

Respectfully submitted,

By: Patricia C. Jensen
U.S. Probation Officer Assistant
Date: December 3, 2010

[X] Allow the case to expire as scheduled
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

December 10, 2010
_____
Date